October 01, 2010

Mr. James C. Ho
Solicitor General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

Mr. Max Ralph Tarbox
McWorther Cobb and Johnson LLP
PO Box 2547
Lubbock, TX 79408
Mr. Jeffrey S. Boyd
Thompson & Knight LLP
98 San Jacinto Blvd. , Suite 1900
Austin, TX 78701

RE: Case Number: 08-0523
 Court of Appeals Number: 03-07-00249-CV
 Trial Court Number: D-1-GN-06-004663

Style: TEXAS LOTTERY COMMISSION
 v.
 FIRST STATE BANK OF DEQUEEN, STONE STREET CAPITAL, INC., AND CLETIUS
 L. IRVAN

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and issued the
enclosed judgment in the above-referenced cause. You may obtain a copy of
the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367. The
Motion to Substitute Parties is dismissed as moot.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |